IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH HOLDER, | ) | CASE NO. 5:14-cv-00435 |
| | ) | |
| Plaintiff, | ) | JUDGE LIOI |
| | ) | |
| vs. | ) | |
| | ) | |
| CHILDREN'S HOSPITAL MEDICAL CENTER OF AKRON, | ) ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT AKRON CHILDREN'S HOSPITAL'S
## MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant Akron Children's Hospital ("Children's") moves the Court for an order entering partial summary judgment in its favor and against Plaintiff Deborah Holder ("Dr. Holder") on the issues addressed in Children's Memorandum in Support of this Motion, which memorandum is being filed contemporaneously herewith and is incorporated by reference herein.

Based on the material facts and legal authorities set forth in Children's Memorandum in Support of this Motion, Children's is entitled to partial summary judgment on the points addressed in this Motion.  Accordingly, Children's respectfully requests that the Court enter summary judgment in its favor and against Dr. Holder on those points.

Respectfully submitted,

**DANIEL L. BELL CO., LPA**

*/s/ Daniel L. Bell*
Daniel L. Bell (0046879)
1799 Akron-Peninsula Road
Suite 228
Akron, Ohio 44313
Ph:  (330) 696-8898
Fax:  (330) 696-8898
Email:  Daniel.bell@dbell-law.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2015, a true and accurate copy of the foregoing Defendant Akron Children's Hospital's Motion for Partial Summary Judgment was filed electronically with the United States District Court for the Northern District of Ohio.  Notice of this filing will be sent to the following parties by electronic mail and operation of the Court's electronic filing system:

Neil Klingshirn, Esq.
FORTNEY & KLINGSHIRN
4040 Embassy Parkway, Suite 280
Akron, Ohio  44333
neil@fklaborlaw.com

Attorney for Plaintiff Deborah Holder

/s/ Daniel L. Bell
Daniel L. Bell (0046879)