IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Dr. Deborah Holder** ) | |
| ) | **CASE NO.  5:14-cv-00435** |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | **Judge Sara Lioi** |
| **Children's Hospital** ) | |
| **Medical Center of Akron** ) | **Magistrate Judge Kathleen B. Burke** |
| ) | |
| **Defendant** ) | |

## Withdrawal of Motion to Quash

Please take notice that Dr. Holder, through counsel, hereby withdraws her Motion to Quash Subpoena Directed to Her Current Employer or, in the Alternative, a Protective Order.

Respectfully submitted,

/s/ Neil Klingshirn
Neil E. Klingshirn  #0037158
FORTNEY & KLINGSHIRN
4040 Embassy Parkway
Suite 280
Akron, Ohio  44333
(330) 665-5445

Attorneys for Deborah Holder, M.D.

-1-

CERTIFICATE OF SERVICE

       I hereby certify that on March 17, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court 's electronic filing system. Parties may access this filing through the Court's system.

                                                               /s/ Neil Klingshirn
                                                              Neil E. Klingshirn